**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**James Edward ELLERBE,**
**Defendant—Appellant.**

No. 07–7640.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 27, 2008.

James Edward Ellerbe, Appellant Pro Se. John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Ellerbe appeals the district court's order denying his petition for an arrest warrant and his motion to intervene. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Ellerbe*, No. 5:97–cr–00100–BR (E.D.N.C. Aug. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*